**Electronically Filed
Intermediate Court of Appeals
CAAP-23-0000740
15-OCT-2024
08:02 AM
Dkt. 54 OAWST**

NO. CAAP-23-0000740

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

ROBIN 1 PROPERTIES, LLC,
Plaintiff/Counterclaim Defendant-Appellee, v.
GREEN BUILDERS HAWAII, INC.,
Defendant/Counterclaimant/Counterclaim Defendant/
Third-Party Plaintiff-Appellant, and
GEORGE NOGUCHI, an individual, Defendant-Appellant, and
REIT MANAGEMENT & RESEARCH, LLC,
a Delaware limited liability company,
Third-Party Defendant/Crossclaim Defendant/
Counterclaimant-Appellee;
CBI, INC., a Hawaii corporation,
Third-Party Defendant/Crossclaimant/Counterclaimant-Appellee
YORK & COMPANY, a Hawaii corporation,
Third-Party Defendant/Crossclaimant/Crossclaim Defendant/
Counterclaimant-Appellee, and
JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10;
DOE PARTNERSHIPS 1-10; and DOE GOVERNMENTAL ENTITIES, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CC191000385)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Leonard, Acting Chief Judge, Wadsworth and McCullen, JJ.)

Upon consideration of the Stipulation for Partial Dismissal of Appeal as to Robin 1 Properties LLC, REIT Management & Research LLC, and CBI, Inc., filed July 18, 2024 (July 18, 2024 Stipulation), by Plaintiff/Counterclaim Defendant-Appellee Robin 1 Properties LLC, the Stipulation for Dismissal of Appeal as to Appellee York & Company, filed September 18, 2024 (September 18, 2024 Stipulation), by Third-Party Defendant/Crossclaimant/ Crossclaim Defendant/Counterclaimant-Appellee York & Company, the papers in support, and the record, it appears that (1) the appeal

has been docketed and the filing fees have been paid; (2) under Hawaiʻi Rules of Appellate Procedure Rule 42(b), the parties stipulate to dismiss the appeal and bear their own attorneys' fees and costs; and (3) the July 18, 2024 Stipulation and the September 18, 2024 Stipulation are signed by counsel for all appearing parties.

Therefore, IT IS HEREBY ORDERED that the July 18, 2024 Stipulation and the September 18, 2024 Stipulation are approved and the appeal is dismissed. The parties shall bear their own attorneys' fees and costs.

DATED: Honolulu, Hawaiʻi, October 15, 2024.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge